UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-22396-ROSENBAUM

ALUMNI CRUISES, LLC d/b/a
AUTISM ON THE SEAS,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

    Defendant, Carnival Corporation, moves for an extension of time up to and including July 15, 2013 for the parties to file all dispositive motions and states as follows:

    1.    The Court's October 1, 2012 Scheduling Order and Order of Referral to Mediation requires the parties to file their dispositive motions by July 2, 2013.

    2.    Defendant, Carnival Corporation, requires an extension of time to file its dispositive motions.

    3.    Undersigned counsel has contacted counsel for Plaintiff, Nolan Klein, who has no opposition to the extension.

    4.    It prejudices no party to grant this motion, and the Court has discretion to do so under Federal Rule of Civil Procedure 6.

    5.    A proposed Order is submitted herewith.

    WHEREFORE, Defendant requests that the Court grant the parties an extension of time up to and including July 15, 2013 to file their dispositive motions.

---

MICHAEL S. OLIN, P.A.
Alfred I. DuPont Building, Suite 1224, 169 East Flagler Street, Miami, Florida 33131

CASE NO. 12-CV-22396-ROSENBAUM

Respectfully submitted,

**MICHAEL S. OLIN, P.A.**
Alfred I. DuPont Building, Suite 1224
169 East Flagler Street
Miami, Florida  33131
(305) 677-5088 / Fax (305) 677-5089

By:     s/Michael  S. Olin
        MICHAEL S. OLIN
        Florida Bar No. 220310
        ALAINA FOTIU-WOJTOWICZ
        FLA BAR NO. 0084179

2

CASE NO. 12-CV-22396-ROSENBAUM

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Michael S. Olin
                                                MICHAEL S. OLIN

CASE NO. 12-CV-22396-ROSENBAUM

## SERVICE LIST

Nolan Klein, Esq.
Law Offices of Nolan Klein, P.A.
Harrison Executive Centre
1930 Harrison Street, Suite 502
Hollywood, FL 33020